# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RONALD L. ETHEREDGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:18-cv-01553-LSC-SGC |
| GENE MITCHELL, Sheriff, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On April 4, 2019, an Order sent by the court to the plaintiff at his address of record was returned marked "Return to Sender" and "Unable to Forward." (Doc. 26). Because state court records reflected the plaintiff was detained in the Lawrence County Jail, the magistrate judge ordered the plaintiff to notify the court within fifteen (15) days as to whether the Lawrence County Jail was his correct mailing address. (Doc. 27). When that time period elapsed with no response from the plaintiff, the magistrate judge entered a report on May 1, 2019, recommending this action be dismissed without prejudice due to the plaintiff's failure to prosecute. (Doc. 29). The report and recommendation has been returned to the court marked "Return to Sender," "Not Here," and "UTF." (Doc. 30).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report

is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, this matter will be dismissed without prejudice due to the plaintiff's failure to prosecute.

**DONE** AND **ORDERED** ON MAY 15, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704